Submitted on record and briefs July 15, reversed and remanded for new trial
July 29, 1987

STATE OF OREGON,
*Respondent,*

*v.*

STEVEN DOUGLAS JOLING,
*Appellant.*

(CT-86-2482; CA A42647)

739 P2d 613

Steven Douglas Joling, Coquille, filed the brief *pro se* for appellant.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and John A. Reuling, Jr., Assistant Attorney General, Salem, filed the brief for respondent.

Before Warden, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

## PER CURIAM

The state concedes that the trial court lacked jurisdiction to try defendant on November 2, 1986, and that the error is plain on the record.

Reversed and remanded for a new trial.